### R. E. WADE v. W. H. LANE, THOMAS E. DARDEN AND TOWN OF DUNN.

(Filed 28 September, 1927.)

APPEAL by defendants, W. H. Lane and Thomas E. Darden, from *Harris, J.,* at Chambers, 26 March, 1927. From HARNETT. Affirmed.

This is an action in which the provisional remedy of injunction is asked.

*James Best for plaintiff.*
*Young & Young for defendants, Lane and Darden.*

PER CURIAM. On the record, as to material facts, there is serious conflict. The court below continued the restraining order, or injunction, until the final hearing, requiring plaintiff to give bond to defendants for any damages they may sustain. See *Wentz v. Land Co.,* 193 N. C., p. 32. The judgment below is

Affirmed.